**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2238

EZENWA ONWUDINJO UGBOR,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals. (A28-072-083)

Submitted: May 30, 2007                    Decided: June 25, 2007

Before MICHAEL, KING, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Anthony O. Egbase, ANTHONY EGBASE & ASSOCIATES, Los Angeles, California, for Petitioner. Peter D. Keisler, Assistant Attorney General, Carol Federighi, Senior Litigation Counsel, Eric W. Marsteller, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ezenwa Onwudinjo Ugbor, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to recalendar immigration proceedings, which the Board construed as a motion to reopen and denied for lack of jurisdiction. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion for lack of jurisdiction. See INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. See In Re: Ugbor, No. A28-072-083 (B.I.A. Oct. 30, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -